IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            :
                                     :
                    Plaintiff,       :
                                     :
          v.                         :        Criminal Action No.: 25-647M
                                     :
LUQMAAN KHAN,                        :
                                     :
                    Defendant.       :

**MOTION TO CONTINUE DETENTION & PRELIMINARY HEARINGS**

1.     On November 26, 2025, the government charged Luqmaan Khan by complaint with one count of Possession of a Machine gun and one count of Possession of a Firearm Without Registration in the National Firearms Registration and Transfer Record in violation of 18 U.S.C. § 922(o) and 26 U.S.C. §58619d.

2.     Mr. Khan is scheduled for a detention hearing and preliminary hearing on December 11, 2025, at 1pm. Undersigned counsel has discussed a potential release plan with the government but needs additional time to develop conditions that might satisfy court concerns regarding community safety.

3.     Accordingly, counsel seeks a thirty (30) day continuance of the detention and preliminary hearings in this case so that the necessary work can be done.

4.     Assistant United States Attorney, Kevin Pierce, has stated that the government has no opposition to this request.

5.     Mr. Khan has no objection to the court excluding the time from December 11, 2025, up until the new date for the detention and preliminary hearings under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*).   He submits that the time is excludable because the ends of justice served

by the delay outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, Mr. Khan requests that the detention and preliminary hearings in this matter be continued until a date after January 12, 2026.

Respectfully submitted,

ELENI KOUSOULIS
Federal Public Defender

/s/ *Conor Wilson*
CONOR WILSON, ESQ.
Assistant Federal Public Defender
800 King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010

Attorneys for Luqmaan Khan

DATED: December 10, 2025