# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Luqmaan Khan | ) | Case No. 25-mj-647-UNA-1 |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: ___03/26/2026___

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Conor Wilson, Esq.
*Printed name and bar number of defendant's attorney*

800 NORTH KING STREET
SUITE#200
WILMINGTON, DE 19801

*Address of defendant's attorney*

DE_ECF@fd.org
*E-mail address of defendant's attorney*

302-573-6010
*Telephone number of defendant's attorney*

302-573-6041
*FAX number of defendant's attorney*